. 14002

CARTER ET AL. v. CITY OF GREENVILLE ET AL.

(178 S. E., 508)

138

*Mr. B. F. Martin,* for appellants,

*Messrs. B. A. Morgan, O. K. Mauldin* and *Nettles & Poteat, for* respondents,

February 13, 1935.

The opinion of the Court was delivered by MR. E. C. DENNIS, ACTING ASSOCIATE JUSTICE.

The elaborate and well-considered order of Judge Oxner refusing an injunction *pendente lite* covers all of the ques-

tions in this case except one, and that is covered in his final order.

A careful study of these orders and of the authorities shows that they correctly decide all questions raised.

These orders are affirmed and made the judgment of this Court. We would add to the authorities cited Section 7307 of the Code.

Let the first order of Judge Oxner be printed in full and of the second order the latter part, beginning at folio No. 543 of the printed case.

MESSRS. JUSTICES STABLER, CARTER, and BONHAM, and MR. ACTING ASSOCIATE JUSTICE C. J. RAMAGE, concur.